# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBE INSURANCE CORPORATION (a/s/o Richard and Stephanie Ortiz),<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.<br><br>Defendants. | Case No. 5:20-cv-02405-DSF-SHK<br><br>Assigned Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS AND INFORMATION PRODUCED OR REVEALED DURING DISCOVERY** |

The Court has determined that the terms set forth herein are appropriate to protect the respective interests of the parties, the public, and the Court. Accordingly,

**IT IS SO ORDERED.**

**DATED:** January 19, 2021

_____
Honorable Shashi H. Kewalramani
United States District/Magistrate Judge