JS-6

| | |
|---|---|
| QBE INSURANCE CORPORTION (a/s/o Richard and Stephanie Ortiz),<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., and DOES 1-50,<br><br>Defendants. | Case No. 5:20-cv-2405-DSF-SHKx<br><br>Assigned Judge:   Hon. Dale S. Fischer<br>Magistrate Judge:   Hon. Shashi H. Kewalramani<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:   April 5, 2022<br>State Action Filed: September 22, 2020 |

Based on the parties' Stipulation for Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its/his own fees and costs.

IT IS SO ORDERED.

DATED:  January 20, 2022

*[signature]*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

---

ORDER GRANTING DISMISSAL WITH PREJUDICE

013742\000432\1657806.1